MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:    keslie.stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND MOORE,<br><br>    Defendants. | No. 4-13-70005 MAG<br><br>STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO March 4, 2013 at 9:30 a.m. |

       With the agreement of the parties, and with the consent of the defendant, the Court enters

this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

preliminary hearing date for Defendant Raymond Moore to March 4, 2013, at 9:30 a.m. before

the Honorable Kandis A. Westmore. Counsel for the defendant believes that postponing the

preliminary hearing is in his client's best interest and that it is not in his client's best interest for

the United States to present an indictment before the current February 15, 2013, preliminary

hearing date. The parties agree that – taking into account the public interest in prompt

disposition of criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that he has spoken with his client, and that Mr. Moore agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED:     February 12, 2013          _____/s/_____
                                      NED SMOCK
                                      Attorney for Defendant


DATED:     February 12, 2013          _____/s/_____
                                      KESLIE STEWART
                                      Assistant United States Attorney


**IT IS SO ORDERED.**


DATED:     ___2/12/2013___          _____
                                    ~~KANDIS A. WESTMORE~~  DONNA M. RYU
                                    United States Magistrate Judge